**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



FILED

FEB 2 4 2012

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR5419-L |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| IRMA PEREZ MARTINEZ (2), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_XX_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_XX_ of the offense(s) as charged in the Indictment:

26:5861(d) AND 5871 – UNREGISTERED FIREARM

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 21, 2012

M. James Lorenz
U.S. District Judge